# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARK AMOS BARKER                      PLAINTIFF

v.                No. 3:18-cv-137-DPM

RONNIE COLEMAN, Jail Administrator,
Crittenden County Jail;  WILMA HALL,
Commissary Department, Crittenden
County Jail;  WILLIAM, Officer,
Crittenden County Jail;  and MANDY
CHILDRENS, Nurse, Crittenden County Jail          DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, № 11, and overrules Barker's objections, № 12. FED. R. CIV. P. 72(b)(3). Barker may proceed with this failure to protect, denial of medical care, corrective inaction, and conspiracy claims against Coleman, William, and Childrens in their individual capacities. All other claims are dismissed without prejudice.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 December 2018