UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK AMOS BARKER                                                                                    PLAINTIFF

V.                                     No. 3:18CV00137 DPM/JTR

RONNIE COLEMAN, Jail Administrator,
Crittenden County Jail, *et al.*                                                                 DEFENDANTS

## ORDER

Plaintiff Mark Amos Barker's Motion for Order on Service (*Doc. 16*) is DENIED as moot. All three Defendants have been served and have filed their Answer. *Docs. 21, 22, 23 & 26.*

His Motion for Copies (*Doc. 20*) is GRANTED. Barker states that he "believes" an officer tampered with his legal mail, but he does not identify any specific documents that he is missing. The Clerk is directed to send him a copy of the docket sheet for this case. He may request copies of any documents that he failed to receive.

Finally, his Motion for Status Update (*Doc. 28)* is GRANTED. Now that all Defendants have answered, the Court will enter a separate Scheduling Order setting deadlines for conducting discovery and filing dispositive motions.

DATED this 25th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE