IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK AMOS BARKER**
ADC #139988                                                                                          **PLAINTIFF**

v.                                            No. 3:18-cv-137-DPM

**RONNIE COLEMAN**, Jail Administrator,
Crittenden County Jail; **WILMA HALL**,
Commissary Department, Crittenden
County Jail; **CHRISTOPHER
WILLIAMS**, Officer, Crittenden County
Jail; and **MANDY CHILDRESS**, Nurse,
Crittenden County Jail                                                                          **DEFENDANTS**

## JUDGMENT

Barker's claims that Coleman and Williams failed to protect him and that Childress provided him inadequate medical care are dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2020